UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :   Hon. Dennis M. Cavanaugh, U.S.D.J.
                                  :
                                  :
            V.                    :   Criminal No. 10-851
                                  :
                                  :
RICHARD DEHMER                    :          **ORDER**


       This matter having been opened to the Court upon the request of the defendant for

a review of the defendant's bail conditions, and the United States, represented by Paul

Fishman, United States Attorney for the District of New Jersey (Anthony Mahajan,

Assistant United States Attorney, appearing), and the defendant Richard Dehmer

represented by Chester Keller, Assistant Federal Public Defender and Barbara Hutchinson

representing the Pretrial Services Agency, and for good and sufficient cause shown;

       IT IS on this ___ZE___ day of January, 2012,

_DEFENDANTS APPLICATION IS DENIED_

       ORDERED that ~~the bail previously set is amended to remove the defendant from~~

~~home detention and any curfew~~ that required electronic monitoring. ~~All other terms of~~

~~Pretrial release previously imposed will remain in effect~~.


_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE